**SO ORDERED.**

**SIGNED this 23rd day of January, 2014.**



Janice Miller Karlin
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

**Jenice Linn Elley,**                                    **Case No.  13-20393-7**

        **Debtor.**

---

**Steven J. Elley,**

        **Plaintiff,**

vs.                                                               **Adversary No. 13-6055**

**Jenice Linn Elley,**

        **Defendant.**

---

## JUDGMENT ON DECISION

This adversary proceeding was before the Court on Plaintiff's Complaint for a

determination of the dischargeability of a debt.[1] On January 23, 2014, the Court entered

a Journal Entry of Judgment.

_____

[1]  Doc. 1.

Based upon that Judgment, the Court hereby enters judgment in favor of Plaintiff, Steven J. Elley, and against Defendant, Jenice Linn Elley, finding that the $31,500 debt that Defendant Jenice Linn Elley owes Plaintiff, Steven J. Elley, is nondischargeable in her bankruptcy.

IT IS SO ORDERED, in accordance with Federal Rule of Bankruptcy Procedure 9021 and Federal Rule of Civil Procedure 58(a).

### # # #